Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 02 2015
```

Caption:
United States v.

Rahjohn Leary

Docket No.: 13 Cr 271 (LTS)

Hon. Laura T. Swain
(District Court Judge)

Notice is hereby given that Defendant Rahjohn Leary appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other | _____
(specify)
entered in this action on 11/24/2015.
(date)

This appeal concerns: Conviction only |___ Sentence only |✓| Conviction & Sentence |___ Other |___

Defendant found guilty by plea |✓| trial | | N/A | .

Offense occurred after November 1, 1987? Yes |✓ No [ N/A [

Date of sentence: 11/19/2015 N/A |___|

Bail/Jail Disposition: Committed |✓ Not committed | | N/A |

Appellant is represented by counsel? Yes ✓ | No | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Joyce C. London, P.C. |
| Counsel's Address: | 59 Maiden Lane, 6th Floor |
| | New York, NY 10038 |
| Counsel's Phone: | (212) 964-3700 |
| Assistant U.S. Attorney: | AUSA Justina Geraci |
| AUSA's Address: | 1 St Andrews Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | (212) 637-2200 |

_Joyce C London_
Signature