## JOYCE C. LONDON, P.C.
ATTORNEY AT LAW
59 MAIDEN LANE, 6TH FLOOR
NEW YORK, NY 10038

Tel: 212 964-3700                                                                                       Fax: 212 566-7501

December 18, 2015

**By ECF and By Fax: (212) 805-0426**
Honorable Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

                                            Re:    United States v Rahjohn Leary.
                                                          S-3 13 Cr. 271 (LTS)

Dear Judge Swain:

      This letter is to advise the Court that I am not submitting a reply in connection with the Rule 35 motion previously filed on behalf of defendant Rahjohn Leary.

                                                              Very truly yours,

                                                               /s/

                                                             Joyce C. London

cc,:    AUSA Justina Geraci (BY ECF and By Email)
        A. James Bell, Esq. (By ECF and By Email)